# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135100

HRT ENTERPRISES,
        Plaintiff-Appellant,

and

MERKUR STEEL SUPPLY, INC.,
MERKUR TECHNICAL SERVICE,
and STEEL ASSOCIATES, INC.,
        Plaintiffs,

v

CITY OF DETROIT,
        Defendant-Appellee.

SC: 135100
COA: 268285
Wayne CC: 02-240493-CC

_____/

On order of the Court, the application for leave to appeal the July 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317